```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :
                                            UNSEALING ORDER
        -v.-                        :
                                            20 Mag. 9622
RANDY CRAIG LEVINE,                 :
    a/k/a "Viktor Lapin,"
    a/k/a "Andre Santiago Santos    :
           Galindo,"
    a/k/a "Alexander Martinez       :
           Lavrov,"
    a/k/a "Alexander Kozlov,"       :
    a/k/a "Hristo Danielov
           Marinov," and            :

PHILIP REICHENTHAL,                 :

                Defendants.         :
- - - - - - - - - - - - - - - - - - -x
```

Upon application of the United States of America, by and through Assistant United States Attorney Jordan Estes, it is hereby ORDERED that the Complaint 20 Mag. 9622, which was filed under seal on September 10, 2020, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         September 14, 2020

_____
HONORABLE KATHARINE PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

09/14/2020